# UNITED STATES DISTRICT COURT

\*\*\*\* DISTRICT OF  NEVADA

GRACE ALBANESE,

    Plaintiff,

v.

LAS VEGAS METROPOLITAN
POLICE DEPARTMENT,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  2:17-cv-01973-RFB-PAL

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Complaint (ECF No. 1) is dismissed.

September 5, 2017                                              **DEBRA K. KEMPI**
                                                                     Clerk

                                                                     /s/ K. Rusin
                                                                     Deputy Clerk